AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GREG GAMACHE,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:11-CV-109-F |

**Decision by Court.**

    **IT IS ORDERED AND ADJUDGED** that the court hereby ADOPTS the Magistrate Judge's M&R, and Plantiff's complaint is DISMISSED as frivolous. The Clerk of Court is DIRECTED to close this case and remove it from the court's docket.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **April 22, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Gregory Gamache (via regular mail to 1816 Fairgrounds Road, St. Charles, MO 63303)

| | |
|---|---|
| April 22, 2011 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| | *(By) Deputy Clerk* |
| | *Wilmington, NC* |